1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  EDWARD TORPOCO (CSBN 200653)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7071
7       Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.: CR 05-00064 PJH |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) | |
| MARCUS LESLIE, | ) | |
| Defendant. | ) | |

   With the agreement of the parties, the Court enters this Order re-scheduling the sentencing hearing in this case from December 13, 2005, at 2:30 p.m., to January 11, 2005, at 2:30 p.m. The parties agree, and the Court finds and holds, as follows:

   1. The Defendant is presently scheduled to be sentenced on December 13, 2005. He is out of custody on bond while awaiting sentencing.

   2. The undersigned attorney for the government must appear in San Jose on December 13, 2005, at 1:30 p.m., for a motion hearing before the Honorable Howard R. Lloyd in connection with United States v. Xiao Feng Shen, CR 05-00715 JF (HRL). Although the motion was not filed by the moving party until December 8, 2005, it was noticed for hearing on December 13, 2005 pursuant to an order shortening time. Due to his knowledge of the pertinent facts of the case, the undersigned attorney for the government must appear in person to litigate

STIPULATION AND ORDER
(CR 05-00064 PJH)

the motion on behalf of the United States.

    3. In light of government counsel's unavailability, the parties stipulate that the sentencing hearing in this case be re-set for January 11, 2005, at 2:30 p.m.

    SO STIPULATED.


DATED:___December 13, 2005___        __/S/ STEVEN KALAR_____
                                                     STEVEN KALAR
                                                     Attorney for Defendant Marcus Leslie


DATED:__December 13, 2005____        _/S/ EDWARD TORPOCO_____
                                                     EDWARD TORPOCO
                                                     Assistant United States Attorney

    In light of the foregoing facts, and with the consent of the parties, the Court hereby re-schedules the sentencing hearing in this matter from December 13, 2005, at 2:30 p.m., to January 11, 2005, at 2:30 p.m.

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/14/05                                    _____
                                                   HON. PHYLLIS J. HAMILTON
                                                   United States District Judge