RECEIVED

DEC 19 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | No. CR 05-00064 PJH |
| v. | ) ) | [~~PROPOSED~~] STIPULATED ORDER RE: MODIFICATIONS OF PRETRIAL RELEASE |
| MARCUS LESLIE, | ) ) | |
| Defendant. | ) ) | |

Mr. Leslie was released on July 12, 2005, with conditions that he reside in a community corrections center. He has fully complied with his conditions of pretrial release since that date, has entered a plea of guilt before the Honorable Judge Hamilton, and is scheduled to be sentenced on January 11, 2006.

The defense has moved this Court for an order permitting Mr. Leslie to reside with his wife over the holiday weekend. In addition to the holidays, Mr. Leslie's wife has just been in a serious car accident and would benefit from her husband's assistance.

The government has no objection to this request. Similarly, Mr. Leslie's Pretrial Services Officer has no objection to this request.

Therefore, for good cause shown Mr. Leslie's conditions of pretrial release are modified to

permit him to leave the community corrections center on Friday, December 23, 2006 at noon, and to return to the facility after his normal work hours on Monday, December 26, 2006.

During the holiday weekend, the defendant shall reside at 1020 Buchanan Street, Apt. A San Francisco, CA, phone number (415) 776-7352. Mr. Leslie shall keep his pretrial services officer informed of his schedule.

IT IS SO ORDERED.

12/21/05
DATED

EDWARD CHEN
United States Magistrate Judge

IT IS SO STIPULATED.

12/19/05
DATED

KEVIN V. RYAN
United States Attorney
Northern District of California
EDWARD TORPOCO
Assistant United States Attorney

December 19, 2005
DATED

BARRY J. PORTMAN
Federal Public Defender
Northern District of California
STEVEN G. KALAR
Assistant Federal Public Defender

Leslie, CR 05-0064 PJH
ORD. RE: PRETRIAL RELEASE
CONDITIONS

2